# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  24-mj- 64-01-TSM
)
THE CELLULAR TELEPHONE ASSIGNED CALL )
NUMBER 929-543-8898 SERVICED BY T-MOBILE US )
INC )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See attachment A.

located in the ____Eastern____ District of ____New York____, there is now concealed *(identify the person or describe the property to be seized)*:

See attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
  ❏ evidence of a crime;
  ❏ contraband, fruits of crime, or other items illegally possessed;
  ❏ property designed for use, intended for use, or used in committing a crime;
  ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)&846 | -Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance |

The application is based on these facts:
See affidavit in support of search warrant. To ensure technical compliance with 18 U.S.C. §§ 3121-3127, the warrant will also function as a pen register order. I, Assistant United States Attorney John J. Kennedy, thus certify that the information likely to be obtained is relevant to an ongoing criminal investigation conducted by the DEA and US Marshals Service. See 18 U.S.C. §§ 3122(b), 3123(b).

  ☑ Continued on the attached sheet.                         /s/ John J. Kennedy
  ☑ Delayed notice of __30__ days *(give exact ending date if more than 30 days:* _____ *)* is requested under
     18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/Richard J. Hyde
*Applicant's signature*

TFO Richard J. Hyde, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ____telephone____ *(specify reliable electronic means)*.

Date: **Apr 10, 2024**
*Judge's signature*

City and state: Concord, New Hampshire          Hon. Talesha L. Saint-Marc, United States Magistrate Judge
*Printed name and title*